455 A.2d 198

Smith, Appellant v. Smith.

606

Argued September 15, 1982.  Larry C. Heim, for appellant;  Frank C. Arcuri, for appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Order affirmed.